# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 210 - 1 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Steven Richardson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 3/12/2008. Defendant appears in response to arrest on 3/12/2008. Defendant informed of his rights. Enter order appointing Matthew Joseph Madden from the Federal Defender Program as counsel for defendant for initial appearance only. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | IS |
|---|---|---|